# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand and thirteen.

Before: Ralph K. Winter,
        *Circuit Judge*.

_____

Lotes Co., Ltd.,

    Plaintiff - Appellant,

    v.

Hon Hai Precision Industry Co., Ltd, Foxconn International Holdings, Ltd., Foxconn Electronics, Inc., Foxconn (Kunshan) Computer Connector Co., Ltd., Foxconn International, Inc., AKA Foxcomm International, Inc.,

    Defendants - Appellees.

**ORDER**
Docket No. 13-2280

_____

    IT IS HEREBY ORDERED that the motion by Appellant to extend the briefing schedule until August 26, 2013 is GRANTED.  However, the appeal is dismissed August 26, 2013 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F. 3d 41 (2d Cir. 2013) (*per curiam*).  Appellee's request for a corresponding extension is also GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

